REDACTED   05-71m

PROB 12C
(7/93)

# UNITED STATES DISTRICT COURT

## FOR

## THE JUDICIAL DISTRICT OF RHODE ISLAND

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: **Nelson Lora**   Case Number: **CR: 93-00043-00P**

Name of Sentencing Judicial Officer: **The Honorable Raymond J. Pettine**

Date of Original Sentence: **December 10, 1993**

Original Offense: **Ct. 1: Fraudulent Application for Passport, Title 18, U.S.C. § 1542**

Original Sentence: **Ct. 1: Custody BOP 3 months, 3 years supervised release. Special Condition, drug aftercare treatment. Special Assessment, $50.**

Type of Supervision: **Supervised Release**

Date Supervision Commenced: **February 11, 1994**

Assistant U.S. Attorney: **James H. Leavey, Esquire**

Defense Attorney: **Joseph A. Bevilaqua (Retained)**

### PETITIONING THE COURT

[ X ] To issue a warrant

[   ] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| Condition #2: | On January 5, 1996, the defendant was ordered to appear in the U.S. Probation Office, Providence, RI, on January 12, 1996. The subject did not appear. |
| Condition #2: | On March 20, 1996, a certified letter was sent to the offender's last and usual address to appear March 22, 1996. The defendant did not appear. |

Petition for Warrant or Summons for Offender Under Supervision                page 2

| | |
|---|---|
| Condition #2: | Nelson Lora has failed to provide Monthly Reports for the months of January, February and March, 1996. |
| Condition #4: | The defendant has failed to make child support payments as ordered. His last support payment was made on December 7, 1995. His payment arrears total $9,408.04, as of April 1, 1996. |
| Condition #6: | Nelson Lora has not lived at his last and usual address, ███ Providence, RI, since approximately Mid-January 1996. He has failed to notify the probation office of any change in residence. |
| Condition #7: | On July 31, 1995, the defendant sold heroin to a undercover Police Officer from the Johnston, RI, Police Department. |
| Condition #11: | January, 1996, the defendant was arrested by Johnston, RI, Police. Mr. Lora, has failed to notify the U.S. Probation department of this arrest. |

Nelson Lora was last seen in the U.S. Probation Office, Providence, RI, on January 5, 1996. His whereabouts is unknown at this time.

Respectfully submitted,
by _____
U.S. Probation Officer
Julius H. Britto

Reviewed & Approved:

_Kurt E. O'Sullivan_
Kurt E. O'Sullivan
Supervising U.S. Probation Officer                Date: April 2, 1996

## THE COURT ORDERS:

☐ No Action

☒ The Issuance of a Warrant

☐ The Issuance of a Summons

☐ Other

Signature of Judicial Officer _____
                                    SR Judge
Date  April 3/96